```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| HOLLY REFINING, | ) | |
| | ) | |
|     Plaintiffs | ) | 8:12CV23 |
| | ) | |
|   v. | ) | |
| | ) | |
| MULLEN CRANE, | ) | ORDER |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the motion to quash subpoena duces tecum (Filing No. 1). The Court notes no response has been filed to said motion, and the motion is moot. Accordingly,

IT IS ORDERED that the motion to quash subpoena duces tecum is denied as moot. This action is dismissed.

DATED this 15th day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court