IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
HOLLY REFINING,                )
                               )
          Plaintiffs           )          8:12CV23
                               )
     v.                        )
                               )
MULLEN CRANE,                  )          ORDER
                               )
          Defendant.           )
_____)
```

      This matter is before the Court on the motion of Great West Casualty Company to alter or amend judgment (Filing No. 5). The Court finds the motion should be granted. Accordingly,

      IT IS ORDERED that the motion is granted. The motion to quash subpoena duces tecum (Filing No. 1) is granted and the subpoena duces tecum is quashed.

      DATED this 26th day of March, 2012.

                                  BY THE COURT:

                                  /s/ Lyle E. Strom
                                  _____
                                  LYLE E. STROM, Senior Judge
                                  United States District Court